

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Juan Manuel Alday,                          * From the 29th District Court
                                            of Palo Pinto County
                                            Trial Court No. 16180.

Vs. No. 11-17-00306-CR                       * March 8, 2018

The State of Texas,                          * Per Curiam Memorandum Opinion
                                            (Panel consists of: Willson, J.,
                                            Bailey, J., and Wright, S.C.J., sitting
                                            by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.